THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0196-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KIRMET K. FAGLIER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's application for a writ of habeas corpus ad prosequendum. (Dkt. No. 7.) That application is hererby REFERRED to the criminal duty magistrate judge.

DATED this 19th day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
CR21-0196-JCC
PAGE - 1