UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 21-196 JCC |
| Plaintiff, ) | |
| v. ) | DETENTION ORDER |
| KIRMET K. FAGLIER, ) | |
| Defendant. ) | |

Offenses charged in Indictment

Count 1: Possession of Methamphetamine and Heroin with Intent to Distribute,

    incl 50+ grams of substance containing meth

Count 2: Possession of a firearm in furtherance of a drug trafficking crime

Counts 3, 4 and 5: Felon in Possession of a firearm (different dates)

Date of Detention Hearing:   November 29, 2021

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will

DETENTION ORDER
PAGE -1

reasonably assure the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) The Indictment charges, in Counts 2 through 4, offenses which give rise to a rebuttable presumption of detention. Defendant has presented nothing to rebut that presumption. He and his counsel have, in fact, stipulated to the entry of a Detention Order in this case.

(2) Defendant has also been charged with different offenses in the District of Idaho. He was released on bond in that case, and allegedly failed to appear as directed and absconded. That court ordered a warrant on the alleged bond violations. When defendant was arrested, that court ordered his detention. Release on the charges in this court is therefore a moot issue.

(3) Defendant has a lengthy criminal record, including several very serious offenses.

(4) He has no known ties to this area, although he declined to be interviewed by this court's Pretrial Services Officer, so any alleged ties cannot be verified.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of November, 2021.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3